## STATE OF CONNECTICUT *v.* KHALID IBRAHIM
## (AC 19707)

Lavery, C. J., and Spear and Daly, Js.

Argued December 14, 2000—officially released April 10, 2001

*Neal Cone*, assistant public defender, for the appellant (defendant).

*Mitchell S. Brody*, assistant state's attorney, with whom, on the brief, were *James E. Thomas*, state's attorney, and *Dennis J. O'Connor*, senior assistant state's attorney, for the appellee (state).

PER CURIAM. The defendant, Khalid Ibrahim, appeals from the judgment of conviction, rendered after a jury trial, of felony murder in violation of General Statutes § 53a-54c and kidnapping in the first degree in violation of General Statutes § 53a-92 (a) (2) (A). The defendant's claims are virtually identical to the claims raised in *State* v. *Vicente*, 62 Conn. App. 625, 772 A.2d 643 (2001).[1] We, therefore, dispose of the claims here in the same fashion and for the same reasons as in *State* v. *Vicente*, supra, 625.

The judgment is affirmed.

---

[1] The briefs of the defendants in both cases are also virtually identical.